UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEONG-SUK NO,

                     Plaintiff,

          -against-

CIA/FBI/NSA,

                     Defendants.

19-CV-11405 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 10, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 10, 2020
          New York, New York

                                                 COLLEEN McMAHON
                                             Chief United States District Judge